**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Eugene M. FULKS, Defendant-Appellant.**

No. 17-10316

United States Court of Appeals, Ninth Circuit.

Submitted February 13, 2018 *

Filed February 16, 2018

See Fed. R. App. P. 34(a)(2).

---

* The panel unanimously concludes this case is suitable for decision without oral argument.

**448**

Larry Butrick, DOJ—Office of the US Attorney, Honolulu, HI, for Plaintiff-Appellee

Eugene M. Fulks, Pro Se

Before: LEAVY, FERNANDEZ, and MURGUIA, Circuit Judges.

MEMORANDUM **

Eugene M. Fulks appeals from the district court's judgment and challenges the revocation of supervised release and six-month sentence imposed upon revocation. Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Fulks's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Fulks the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).